# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BUSTOS,<br><br>        Petitioner,<br><br>   v.<br><br>T. TAYLOR,<br><br>        Respondent. | Case No. 1:24-cv-00259 KES CDB  (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 6) |

Juan Bustos is a federal prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting that the U.S. Bureau of Prisons improperly denied earned time credits under the First Step Act. Doc. 1. The magistrate judge performed a preliminary review and found the BOP's records indicated Bustos was released from custody. Doc. 6 at 2. Thus, the magistrate judge determined the court is unable to grant the relief requested—an "award of ETCs that would permit Petitioner to seek early release"— because Bustos is no longer in custody. *Id.* Consequently, the magistrate judge found the petition is moot and recommended dismissal. *Id.* at 2-3.

The court served the findings and recommendations upon Bustos at the only address on record. The U.S. Postal Service returned the Court's mail as "Undeliverable, No Longer at this Address" on September 12, 2025. Nevertheless, service is deemed fully effective pursuant to Local Rule 182(f).

Pursuant to 28 U.S.C. § 636(b)(1), the court performed a *de novo* review of the case. Having carefully reviewed the entire matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

      1.     The findings and recommendations issued on August 22, 2025 (Doc. 6) are **ADOPTED** in full.

      2.     The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice as moot.

      3.     The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

    Dated:    February 6, 2026

                                 UNITED STATES DISTRICT JUDGE

2